UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GRANT STERMAN, AHMED AMIN, MAXIMO MOYER, ANDREW WEI, RAGHAV PEMMIREDDY, DECLAN MCCARTHY, JOHN PAUL CHAMPA, ALEXA JACOBS, DANIELLE BENSTOCK, LILY SECKENDORF, ABBY DICHTER, RACHEL MASHEK, KATE DOWLING and ISABELLA KEARNS, Plaintiffs, v. BROWN UNIVERSITY, Defendant. | : | C.A. No. 1:20-cv-358 |

**STIPULATION OF DISMISSAL**

The Parties to this action, through their undersigned counsel, stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice, with all Parties to bear their own costs.

| PLAINTIFFS, | DEFENDANT, |
|---|---|
| Grant Sterman, Ahmed Amin, Maximo Moyer, Andrew Wei, Raghav Pemmireddy, Declan McCarthy, John Paul Champa, Alexa Jacobs, Danielle Benstock, Lily Seckendorf, Abby Dichter, Rachel Mashek, Kate Dowling, and Isabella Kearns | Brown University, |
| | By its Attorneys, |
| By their Attorneys, | |
| /s/ Stacey P. Nakasian | /s/ Robert C. Corrente |
| Stacey P. Nakasian, Esq. (#5069) | Robert C. Corrente, Esq. (#2632) |
| Jared R. Sugerman, Esq. (#9543) | Christopher N. Dawson, Esq. (#8508) |
| DUFFY & SWEENEY, LTD. | Whelan Corrente & Flanders, LLP |
| 321 South Main Street, Suite 400 | 100 Westminster Street, Suite 710 |
| Providence, RI 02903 | Providence, RI 02903 |
| (401) 455-0700 (T) | rcorrente@whelancorrente.com |
| (401) 455-0701 (F) | cdawson@whelancorrente.com |
| snakasian@duffysweeney.com | |
| jsugerman@duffysweeney.com | |
| | Roberta A. Kaplan, Esq. (*pro hac vice*) |
| | Gabrielle E. Tenzer, Esq. (*pro hac vice*) |
| | Yotam Barkai, Esq. (*pro hac vice*) |
| | Matthew Craig (*pro hac vice*) |
| | Mahrah Taufique, Esq. (*pro hac vice*) |
| | Anne O'Toole, Esq. (*pro hac vice*) |
| | Kaplan Hecker & Fink, LLP |
| | 350 Fifth Avenue, Suite 7110 |
| | New York, NY 10118 |
| | rkaplan@kaplanhecker.com |
| | gtenzer@kaplanhecker.com |
| | ybarkai@kaplanhecker.com |
| | mcraig@kaplanhecker.com |
| | mtaufique@kaplanhecker.com |
| | aotoole@kaplanhecker.com |

Dated: June 1, 2021

## **CERTIFICATE OF SERVICE**

      I certify that on June 1, 2021, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              /s/ Robert C. Corrente